IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>1750 New York Avenue, N.W.<br>Washington, DC 20006-5387<br><br>    Plaintiff<br>v.<br><br>VISION DRYWALL, LLC<br>865 Bernice Road, Suite 5<br>Lansing, IL 60438<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>No. 07-1467 (ESH) |

## PRAECIPE TO WITHDRAW PLAINTIFFS' COMPLAINT

  Kindly withdraw Plaintiffs Complaint filed with this Court in the above referenced matter.

            JENNINGS SIGMOND, P.C.


            BY:/s/ Kent G. Cprek
              KENT G. CPREK, ESQUIRE
              (I.D. NO. 478231)
              The Penn Mutual Towers, 16th Floor
              510 Walnut Street, Independence Square
              Philadelphia, PA 19106-3683
              (215) 351-0611/0609
              Attorneys for the Fund

Date: December 4, 2007

OF COUNSEL:

PHILLIP A. LOZANO, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

190965-1